**LANDMARK CAPITAL II, LLC, a California limited liability company; Roberta K. Lowery, Plaintiffs–Appellants,**

v.

**Fred HAMEETMAN; Cal–American Property Fund III, a California limited partnership; Cal–American Property Fund VI, a California limited partnership; Cal–American Property VII, a California limited partnership; Cal–American Property Fund IV, a California limited partnership, Defendants–Appellees.**

No. 99–56701.

D.C. No. CV–99–03851–RSWL.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted March 6, 2001.

Decided March 13, 2001.

Before ALARCÓN, BRUNETTI, and HAWKINS, Circuit Judges.

MEMORANDUM *

Limited partnership interests in the partnerships of Cal–American Income

---

* This disposition is not appropriate for publication and may not be cited to or by the courts

Property Funds III, IV, VI and VII do not constitute a cognizable relevant market under 15 U.S.C. § 2 of the Sherman Antitrust Act. *See Queen City Pizza, Inc. v. Domino's Pizza, Inc.,* 124 F.3d 430, 436 (3d Cir.1997); *Kalmanovitz v. G. Heileman Brewing Co., Inc.,* 576 F.Supp. 922, 927 (D.Del.1983). Therefore, Landmark II has failed to state a claim upon which relief can be granted.

AFFIRMED.

of this circuit except as provided by 9th Cir. R. 36–3.

